UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BANISHA EVANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHLEBXPRESS, et al.,<br><br>Defendants. | No. 2:18-cv-02038-DAD-SCR<br><br>ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION IN PART, AND STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>(Doc. Nos. 65, 66) |

    Before the court is the United States' notice of election to decline intervention in part. (Doc. No. 65.) The United States has declined to intervene in this action as to defendants PhlebXpress, Lisa Hazard, Gabriella Santibanez, and Frank Santibanez ("PhlebXpress defendants"), but requests that the United States be provided with notice and an opportunity to be heard if the relator or defendants request that the action against the PhlebXpress defendants be dismissed, settled, or otherwise discontinued. (*Id.* at 2.)

    Also before the court is the State of California's notice of election to decline intervention. (Doc. No. 66.) California has declined to intervene in this action as to all defendants. (*Id.*) Further, the State of Nevada has joined in the State of California's notice of election to decline intervention and has declined to intervene in this action as to all defendants. (*Id.* at 2.)

/////

1

Pursuant to the notice filed by the United States (Doc. No. 65) and the notice filed by the State of California (Doc. No. 66), the court orders as follows:

1. The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1), the joint stipulation of dismissal (Doc. No. 63), the United States' notice of election to decline intervention in part (Doc. No. 65), and the State of California's notice of election to decline intervention (Doc. No. 66).

2. This order shall not be sealed;

3. All other paper or orders on file in this matter shall remain under seal;

4. The seal shall be lifted on all matters occurring in this action after the date of this order; and

5. The court confirms that, as plaintiffs-intervenor, the United States, State of California, and State of Nevada shall be served with all filings in this action.

IT IS SO ORDERED.

Dated: **October 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE